IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **FREDRICK B. MOSLEY** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:13cv549-MHT |
| | ) | (WO) |
| **M. BORDERS, SGT., et al.,** | ) | |
| | ) | |
| Defendants. | ) | |

**JUDGMENT**

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Plaintiff's objections (doc. no. 25) are overruled.

(2) The United States Magistrate Judge's recommendation (doc. no. 24) is adopted.

(3) Defendants' motion for summary judgment (doc. no. 17) is granted.

(4) Judgment is entered in favor of defendants and against plaintiff, with plaintiff taking nothing by his

complaint.

It is further ORDERED that costs are taxed against plaintiff, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 9th day of May, 2016.

                                /s/ Myron H. Thompson
                              UNITED STATES DISTRICT JUDGE